IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 01-cv-1571-MSK

ISILELI NIUAKIKU LATU,

    Plaintiff,

v.

JOHN ASHCROFT,
Attorney General of the Unites States of America,

    Defendant.

_____

## ORDER TO CLOSE CASE
_____

THIS MATTER having come before the Court, *sua sponte,* and the record revealing that the matter has been concluded,

IT IS ORDERED that the Clerk shall close the case.

Dated this 5th day of October, 2005.

**BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge